**KELLEY DRYE & WARREN LLP**
   David E. Fink (State Bar No. 169212)
   Andreas Becker (State Bar No. 287258)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone:   (310) 712-6100
Facsimile:   (310) 712-6199
dfink@kelleydrye.com
abecker@kelleydrye.com

Attorneys for Defendants
Vin Di Bona and Cara Communications Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| Elias Stavrinides, Kristi Stavrinides | Case No. 3:17-cv-05742-WHO |
| | (Assigned to Hon. William H. Orrick) |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(A))** |
| v. | |
| Vin Di Bona, individually, CARA COMMUNICATIONS CORPORATION d/b/a/ Vin Di Bona Productions, | Action Filed:   October 5, 2017<br>Trial Date:   None Set |
| Defendants. | |

4838-1167-2914

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1     Plaintiffs Elias Stavrinides and Kristi Stavrinides ("Plaintiffs") and Defendants Cara Communications Corporation and Vin Di Bona ("Defendants") (collectively the "Parties") hereby stipulate to extend the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint, pursuant to Northern District of California Civil Local Rule 6-1(a), up to and including November 29, 2017.

**RECITALS**

WHEREAS, on October 5, 2017, Plaintiffs filed their Complaint in this action (Dkt No. 1);

WHEREAS, on October 20, 2017, the Court issued a Case Management Conference Order, setting a Case Management Conference ("CMC") to be held in this matter on January 9, 2018 at 2:00 p.m. (Dkt No. 9);

WHEREAS, other than the CMC, no additional events or deadlines appear to have been fixed by Court order in this action;

WHEREAS, Northern District of California Civil Local Rule 6-1(a) permits the Parties to stipulate, without a Court order, to extend the time within which to answer or otherwise to respond to the complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the terms of this Stipulation will not alter, or otherwise affect, the currently-scheduled January 9, 2018 CMC; and

WHEREAS, the Parties stipulate and agree that Defendants' time to answer or otherwise respond to the Complaint shall be extended up to and including November 29, 2017.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the Parties hereto that, pursuant to Local Civil Rule 6-1(a), the time for Defendants to answer or otherwise respond to the Complaint is extended up to and including December 4, 2017.

DATED: October 25, 2017

Elias Stavrinides (*pro se*)
Kristi Stavrinides (*pro se*)

By: _____
Elias Stavrinides

DATED: October 25, 2017

KELLEY DRYE & WARREN LLP
David E. Fink
Andreas Becker

By: _____
David E. Fink
Attorneys for Defendants
Vin Di Bona and Cara Communications Corporation

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Boulevard, Twenty-Third Floor, Los Angeles, California 90067-4008.

On October 25, 2017, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(A))** on the interested parties in this action as follows:

| | |
|---|---|
| **Elias Stavrinides**<br>1077 Hawthorne Circle<br>Rohnert Park, CA 94928<br>PRO SE | **Kristi Stavrinides**<br>1077 Hawthorne Cir.<br>Rohnert Park, CA 94928<br>PRO SE |

☒   **BY MAIL:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kelley Drye & Warren LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 25, 2017, at Los Angeles, California.

*Carla K. Rossi*
Carla K. Rossi

4850-9842-2098