**KELLEY DRYE & WARREN LLP**
  David E. Fink (State Bar No. 169212)
  Andreas Becker (State Bar No. 287258)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone:   (310) 712-6100
Facsimile:   (310) 712-6199
dfink@kelleydrye.com
abecker@kelleydrye.com

Attorneys for Defendants
Vin Di Bona and Cara
Communications Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| Elias Stavrinides, Kristi Stavrinides,<br><br>Plaintiffs,<br><br>v.<br><br>Vin Di Bona, individually, CARA COMMUNICATIONS CORPORATION d/b/a/ Vin Di Bona Productions,<br><br>Defendants. | Case No. 3:17-cv-05742-WHO<br><br>(Assigned to Hon. William H. Orrick)<br><br>**DEFENDANTS VIN DI BONA'S AND CARA COMMUNICATIONS CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

# CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in this controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name | Connection / Interest |
| --- | --- |
| Elias Stavrinides | Plaintiff |
| Kristi Stavrinides | Plaintiff |
| Vin Di Bona | Defendant |
| Cara Communications Corporation d/b/a Vin Di Bona Productions | Defendant |

DATED: December 29, 2017

KELLEY DRYE & WARREN LLP
David E. Fink
Andreas Becker

By: /s/ David E. Fink
    David E. Fink
Attorneys for Defendants
Vin Di Bona and Cara Communications Corporation

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Boulevard, Twenty-Third Floor, Los Angeles, California 90067-4008.

On December 29, 2017, I served true copies of the following document(s) described as **DEFENDANTS VIN DI BONA'S AND CARA COMMUNICATIONS CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action as follows:

| | |
|---|---|
| **Elias Stavrinides**<br>1077 Hawthorne Circle<br>Rohnert Park, CA 94928<br>PRO SE | **Kristi Stavrinides**<br>1077 Hawthorne Cir.<br>Rohnert Park, CA 94928<br>PRO SE |

☒ **BY MAIL:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kelley Drye & Warren LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 29, 2017, at Los Angeles, California.

_____
Carla K. Rossi

4831-9679-0617