**KELLEY DRYE & WARREN LLP**
David E. Fink (State Bar No. 169212)
Andreas Becker (State Bar No. 287258)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone:  (310) 712-6100
Facsimile:   (310) 712-6199
dfink@kelleydrye.com
abecker@kelleydrye.com

Attorneys for Defendants
Vin Di Bona and Cara
Communications Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| Elias Stavrinides, Kristi Stavrinides<br><br>Plaintiffs,<br><br>v.<br><br>Vin Di Bona, individually, CARA COMMUNICATIONS CORPORATION d/b/a/ Vin Di Bona Productions,<br><br>Defendants. | Case No. 3:17-cv-05742-WHO<br><br>(Assigned to Hon. William H. Orrick)<br><br>**DECLARATION OF ANDREAS BECKER IN SUPPORT OF DEFENDANTS VIN DI BONA AND CARA COMMUNICATIONS CORPORATION'S MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT AND TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>[*Reply Memoranda And Supplemental Declaration of David E. Fink Filed Concurrently Herewith*]<br><br>Date:         January 10, 2018<br>Time:         2:00 p.m.<br>Judge:       Hon. William H. Orrick<br>Courtroom: 2<br><br>Action Filed: October 5, 2017<br>Trial Date:    None Set |

4835-7996-7321

DECLARATION OF ANDREAS BECKER
CASE NO. 3:17-CV-05742-WHO

# DECLARATION OF ANDREAS BECKER

I, Andreas Becker, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Kelley Drye & Warren LLP, attorneys of record for Defendants Vin Di Bona and Cara Communications Corporation ("Cara") (collectively, "Defendants"). I submit this declaration in support of Defendants' Motions to Dismiss Plaintiffs' Complaint and to Transfer Venue to the Central District of California. I have personal knowledge of the facts set forth herein, except those stated on information on belief and, as to those facts, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On Christmas, December 25, 2017 at approximately 9:18 p.m., my office received an email from the email address punchdrunk76@gmail.com, which is the email address that I and my office have used to correspond with Plaintiff Elias Stavrinides in this action. That email contained two attachments, entitled "STAVRINIDES OPPOSITION TO 12B6.doc" (the "First Opposition") and "STAVRINIDES OPPOSITION TO CNG VENUE.doc" (the "Second Opposition"). A copy of that email, with the documents attached thereto, is attached to the Supplemental Declaration of David E. Fink, filed concurrently herewith.

3. I downloaded copies of the two documents attached to that email. For each document, I right-clicked the document and clicked "Properties." When the "Properties" window opened, I selected the "Details" tab. True and correct copies of screenshots of relevant portions of the "Details" tab for each document are included below. Under the "Details" tab, for each document, the "Date last saved" was identified as December 23, 2017. Specifically, the First Opposition showed the "Date last saved" as **12/23/2017 5:56 PM**. The Second Opposition showed the "Date last saved" as **12/23/2017 8:46 PM**. In addition, the "Content created" was also identified for each document as December 23, 2017.

/ / /
/ / /
/ / /
/ / /

1   **Screenshot for the First Opposition's "Details" Tab**



**Screenshot for the Second Opposition's "Details" Tab**



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 2, 2018, at Los Angeles, California.

Andreas Becker