**EXHIBIT A**

**EXHIBIT A**

**Becker, Andreas**

___

| | |
|---|---|
| **From:** | ronc2009@gmail.com |
| **Sent:** | Monday, December 18, 2017 9:20 PM |
| **To:** | Becker, Andreas |
| **Cc:** | Punchdrunk76@gmail.com; kstavrinides@aol.com; Fink, David; Rossi, Carla |
| **Subject:** | Re: Elias Stavrinides, et al. v. Vin Di Bona, et al., Case No. 3:17-cv-05742-WHO -- Rule 26(f) Conference |

We will make ourselves available tomorrow also after 130, will touch base in the morning as I'm not able to talk to Elias this evening

Sent from my iPhone

On Dec 18, 2017, at 6:22 PM, Becker, Andreas <ABecker@KelleyDrye.com> wrote:

>
> Dear Mr. and Mrs. Stavrinides:
>
> As you know, we are counsel for Defendants Vin Di Bona and Cara Communications Corporation in the matter *Elias Stavrinides, et al. v. Vin Di Bona, et al.*, Case No. 3:17-cv-05742-WHO (N.D. Cal.). The Court previously set a Case Management Conference for January 9, 2018 (Dkt No. 9) and, in accordance with Federal Rule of Civil Procedure 26(f)(1), the Parties are obligated to confer at least 21 days before that scheduling conference – *i.e.*, by tomorrow. For your convenience, we attach a copy of the Standing Order for All Judges in the Northern District of California, which outlines the topics to be discussed by the parties.
>
> Please let us know your availability for a call tomorrow. We are available at your convenience after 1:30 p.m. tomorrow.
>
> We look forward to speaking with you.
>
> Best,
> Andreas
>
>
> **ANDREAS BECKER**
> Associate
>
> **Kelley Drye & Warren LLP**
> 10100 Santa Monica Boulevard, 23rd Floor
> Los Angeles, CA 90067
> Tel: (310) 712-6145
>
> WWW.KELLEYDRYE.COM
>
> abecker@kelleydrye.com

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.

<Standing_Order_All_Judges_1.17.2017 (1).pdf>